UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SHUTZER,<br><br>    Plaintiff<br><br>v.<br><br>S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN,<br><br>    Defendants | Civil Action No. 1:05-CV-11486<br>Hon. Mark L. Wolf, U.S.D.J. |

### STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY

IT IS STIPULATED by the Plaintiff, Lawrence Shutzer, that the time within which Defendants, S. Rothschild & Co., Inc., S. Rothschild Men's, Inc., and Mark Friedman may answer, move, or otherwise reply to the Complaint filed by Plaintiff in the above-captioned action is extended to and including October 12, 2005.

LAWRENCE SHUTZER

By his Attorney,

*/s/ Lawrence M. Slater*
Lawrence M. Slater
270 Union Street, Suite 202
Lynn, Massachusetts 01901
(781) 592-0216

S. ROTHSCHILD & CO., INC., S. MARK ROTHSCHILD MEN'S, INC., and MARK FRIEDMAN

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

*/s/ Dennis E. McKenna*
Dennis E. McKenna, BBO # 556428
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
*(By Special Appearance)*

912084.1