UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

LAWRENCE SHUTZER,

    Plaintiff

v.

S. ROTHSCHILD & CO., INC. and S.
ROTHSCHILD MEN'S, INC. and MARK
FRIEDMAN,

    Defendants

Civil Action No. 1:05-CV-11486
Hon. Mark L. Wolf, U.S.D.J.

## SPECIAL NOTICE OF APPEARANCE

Please enter my special appearance on the docket, without submitting to the jurisdiction of the Court, as attorney for the Defendants, S. Rothschild & Co., Inc., S. Rothschild Men's, Inc. and Mark Friedman.

S. ROTHSCHILD & CO., INC., S. MARK
ROTHSCHILD MEN'S, INC., and MARK
FRIEDMAN

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: September 12, 2005

_____
Dennis E. McKenna, BBO # 556428
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I, Dennis E. McKenna, Esquire, hereby certify that on this 12 day of September, 2005, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon: Lawrence M. Slater, Esquire, 270 Union Street, Suite 202, Lynn, Massachusetts 01901.

_____
Dennis E. McKenna

912083.1