AO-440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of   MASSACHUSETTS

Lawrence Shutzer

    Plaintiff

    V.

S. Rothschild & Co., Inc. and
S. Rothschild Men's, Inc. and
Mark Friedman, Defendants

**SUMMONS IN A CIVIL CAS**

CASE NUMBER:

## 05 11486 MLW

TO: (Name and address of Defendant)

S. Rothschild & Co., Inc.  7/22/05 AS
500 7th Avenue
New York, NY  10018

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and ress)

Lawrence M. Slater, Esq.
270 Union Street, Suite 202
Lynn, MA  01901

an answer to the complaint which is herewith served upon you, within __20__ days after ser  : of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken a;  ist you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within   easonable period of time after service.

SARAH A. THORNTON

JUL 14 2005

CLERK                                   DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT, EASTERN ~~COUNTY~~, STATE OF MASSACHUSSETTS

LAWRENCE SHUTZER
Plaintiff/Petitioner

Vs

S. ROTHSCHILD MEN'S, INC.
ET AL
Defendant/Respondent

AFFIDAVIT OF SERVIC[E]

Sheriff's Case No. M05-6 -95

Index No. _____

STATE OF NEW YORK  }
COUNTY OF NEW YORK } SS:

**DANIEL KING**, being duly sworn, affirms that he/she is a Deputy Sheriff of the City of New York, [bei]ng over the age of eighteen years, is not a party to this action or proceeding, and served the [a]nnexed, SUMMONS AND COMPLAINT _____ in the above titled action or [pro]ceeding on the 22ND day of AUGUST, 2005, at approximately 4:25 a.[m/p].m., at 500 7TH AVE _____, in the borough of NEW YORK, County of NE[W] YORK, service was made upon S. ROTHSCHILD MEN'S, INC. the defendant/respondent, in the followi[ng m]anner:

| | | |
|---|---|---|
| **PERSONAL SERVICE** | [ ] | By delivering to and leaving with the above named defendant/respondent p[erso]nally a true copy thereof, said person being known as the person mentioned an[d de]scribed herein. |
| **ALTERNATE PERSON** | [ ] | By delivering to and leaving a true copy thereof with, _____ _____, a person of suitable age and discretion [w]ho is _____ to the defendant/respondent. Said add[ress] is the dwelling place/place of business of the party served. |
| **AFFIXED TO PREMISES** | [ ] | By affixing a true copy thereof to the door of the above mentioned address, sa[id a]ddress being the [ ] dwelling place  [ ] place of business of the defendant/respon[den]t. |
| **MAILED** | [ ] | On _____ I mailed the _____ by first class ma[il t]o the defendant/respondent at his/her last known residence/actual place of busi[ness] in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL" and not [ind]icating on the outside thereof, by return address or otherwise, that the communication [is fr]om an attorney or concerns an action against the defendant/respondent. |
| **CORPORATION** | [X] | By delivering to and leaving with, ISIDORE FRIEDMAN a true copy thereof. Said person stated he/she is the CHAIRMAN _____, an agent authorized to accept service of legal process. |
| **STATUTORY FEE** | [ ] | At the time of service, a statutory fee of $ _____ was also left with th[e] [p]erson mentioned and described herein. |
| **OTHER:** | [ ] | _____ |
| **DESCRIPTION** | [X] | The person served is a [X] Male  [ ] Female and approximately: Age: 70  Height: 5'10"  Weight: 170  Skin: CAUC  Hair: W[hi]TE |

**NOTARY**

Sworn to (affirmed) before me this _____ day of _____, 20___

DEPUTY SHERIFF

9/98