AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ MASSACHUSETTS _____

Lawrence Shutzer

       Plaintiff

**SUMMONS IN A CIVIL CAS**

V.

S. Rothschild & Co., Inc. and
S. Rothschild Men's, Inc. and
Mark Friedman, Defendants

CASE NUMBER:

# 05 1 1486 MLW

TO: (Name and address of Defendant)

S. Rothschild & Co., Inc.   7/22/05 AS

500 7th Avenue

New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and ress)

Lawrence M. Slater, Esq.
270 Union Street, Suite 202
Lynn, MA  01901

an answer to the complaint which is herewith served upon you, within __20__ days after ser : of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken a ist you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within easonable
period of time after service.

**SARAH A. THORNTON**

JUL 1 4 2005

CLERK _____ DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT, EASTERN ~~COUNTY, STATE~~ OF MASSACHUSSETTS

LAWRENCE SHUTZER

Plaintiff/Petitioner

Vs

S. ROTHSCHILD MEN's, INC.
ET AL

Defendant/Respondent

**AFFIDAVIT OF SERVIC**

Sheriff's Case No. MO5-2 : 95

Index No. _____

**STATE OF NEW YORK** }
**COUNTY OF NEW YORK** } **SS:**

**DANIEL KING,** being duly sworn, affirms that he/she is a Deputy Sheriff of the City of New York, ng over
the age of eighteen years, is not a party to this action or proceeding, and served the nnexed,
SUMMONS AND COMPLAINT _____ in the above titled action or ceeding
on the 22ND day of AUGUST, 2005, at approximately 4:25 a.r .m., at
570 7TH AVE, in the borough of NEW YORK, County of NE' YORK,
service was made upon S. ROTHS CHILD MEN's, IM the defendant/respondent, in the followir nanner:

| | | | |
|---|---|---|---|
| **PERSONAL SERVICE** | [ ] | By delivering to and leaving with the above named defendant/respondent p true copy thereof, said person being known as the person mentioned and herein. | inally a scribed |
| **ALTERNATE PERSON** | [ ] | By delivering to and leaving a true copy thereof with, _____ _____, a person of suitable age and discretion _____ to the defendant/respondent.  Said add dwelling place/place of business of the party served. | /ho is ; is the |
| **AFFIXED TO PREMISES** | [ ] | By affixing a true copy thereof to the door of the above mentioned address, sa being the [ ] dwelling place [ ] place of business of the defendant/respon | iddress t. |
| **MAILED** | [ ] | On _____ I mailed the _____ by first class ma defendant/respondent at his/her last known residence/actual place of busir envelope bearing the legend "**PERSONAL AND CONFIDENTIAL**" and not on the outside thereof, by return address or otherwise, that the communication attorney or concerns an action against defendant/respondent. | o the in an icating 'om an the |
| **CORPORATION** | [✔] | By delivering to and leaving with, ISIDORE FRIEDMAN copy thereof. Said person stated he/she is the CHAIRMAN an agent authorized to accept service of legal process. | a true _____, |
| **STATUTORY FEE** | [ ] | At the time of service, a statutory fee of $_____ was also left with tl mentioned and described herein. | ierson |
| **OTHER:** | [ ] | _____ _____ | |
| **DESCRIPTION** | [✔] | The person served is a [ ✔ Male [ ] Female and approximately: Age: 70  Height: 5'10"  Weight: 170  Skin: C AMC Hair: WH | 75 |

**NOTARY**

Sworn to (affirmed) before me this
_____ day of _____, 20____

**DEPUTY SHERIFF**

9/98