UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

LAWRENCE SHUTZER,

    Plaintiff

v.

S. ROTHSCHILD & CO., INC. and S.
ROTHSCHILD MEN'S, INC. and MARK
FRIEDMAN,

    Defendants

Civil Action No. 1:05-CV-11486
Hon. Mark L. Wolf, U.S.D.J.

## STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY

IT IS STIPULATED by the Plaintiff, Lawrence Shutzer, that the time within which Defendants, S. Rothschild & Co., Inc., S. Rothschild Men's, Inc., and Mark Friedman may answer, move, or otherwise reply to the Complaint filed by Plaintiff in the above-captioned action is extended to and including October 24, 2005.

LAWRENCE SHUTZER

By his Attorney,

*[signature]* by DEM w/authority

Lawrence M. Slater
270 Union Street, Suite 202
Lynn, Massachusetts 01901
(781) 592-0216

S. ROTHSCHILD & CO., INC., S. MARK
ROTHSCHILD MEN'S, INC., and MARK
FRIEDMAN

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

*[signature]*

Dennis E. McKenna, BBO # 556428
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
*(By Special Appearance)*

917201.1