UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No.: 1:05-CV-11486 MLW

LAWRENCE SHUTZER,
PLAINTIFF

V.

S. ROTHSCHILD & CO., INC. ET AL

Plaintiff's Motion to Extend
Time to Reply to Defendant's
Motion To Dismiss Under
F.R.C.P. 12(b) (6) and/or Transfer
Venue Under 28 U.S.C. §1404

NOW comes the Plaintiff and moves that he be allowed through and including December 16, 2005 to file his reply to Defendants' Motion to Dismiss under F.R.C.P. 12(b)(6) and/or Transfer Venue under 28 U.S.C. §1404.

As reasons therefore, Plaintiff's counsel is scheduled to undergo spinal surgery on November 1, 2005 and will be incapacitated for approximately four to five weeks.

This Motion is assented to:

Lawrence Shutzer
By his attorney

Lawrence M. Slater, Esq.
BBO No. 466320
270 Union Street
Lynn, MA  01901
781-592-0216

Assented to:

*/s/ Dennis E. McKenna*

Dennis E. McKenna, Esq.
BBO No. 556428
Reimer & Braunstein LLP
Three Center Plaza
Boston, MA 02108
617-523-9000