UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SHUTZER,<br><br>      Plaintiff<br><br>v.<br><br>S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN,<br><br>      Defendants | Civil Action No. 1:05-CV-11486<br>Hon. Mark L. Wolf, U.S.D.J. |

## ASSENTED-TO MOTION TO ADMIT
## MARK C. ERRICO AND PAUL H. SCHAFHAUSER PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned member of the bar of this Court moves for an order granting Mark C. Errico and Paul H. Schfhauser leave to appear and practice in this Court on behalf of the Defendants, S. Rothschild & Co., Inc. and S. Rothschild Men's, Inc., and Mark Friedman (the "Defendants") in the above-captioned action.

The certificate required by Local Rule 83.5.3(b) is submitted herewith.

                By its attorneys,

                _/s/Dennis E. McKenna_____
                Dennis E. McKenna (BBO# 556428)
                RIEMER & BRAUNSTEIN LLP
                Three Center Plaza
                Boston, Massachusetts 02108
                (617) 523-9000

                *Attorneys for Defendants: S. Rothschild & Co., Inc. and S. Rothschild Men's, Inc., and Mark Friedman*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)

Dennis E. McKenna, counsel of record for the Defendants, S. Rothschild & Co., Inc. and S. Rothschild Men's, Inc., and Mark Friedman, hereby certifies that on December 13, 2005, I conferred with all counsel of record in an effort in good faith to resolve or narrow the issue presented in this motion, as required by Local Rule 7.1(A)(1). All counsel of record indicated no objection to this motion and assented to its allowance.

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 16th DAY OF DECEMBER, 2005.**

/s/Dennis E. McKenna

## CERTIFICATE OF SERVICE

I, Dennis E. McKenna, Esquire, hereby certify that on this 16th day of December, 2005, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon: Lawrence M. Slater, Esquire, 270 Union Street, Suite 202, Lynn, Massachusetts 01901.

/s/ Dennis E. McKenna
Dennis E. McKenna

920160.1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SHUTZER,<br><br>      Plaintiff<br><br>v.<br><br>S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN,<br><br>      Defendants | Civil Action No. 1:05-CV-11486<br>Hon. Mark L. Wolf, U.S.D.J. |

### **CERTIFICATE OF MARK C. ERRICO**

I, Mark C. Errico, declare as follows:

1. I am an associate with the law firm of Herrick, Feinstein LLP ("Herrick, Feinstein"), 2 Penn Plaza, Newark, New Jersey; my office telephone number is (973) 274-2535; my office facsimile number is (973) 274-6428. Herrick, Feinstein represents the Defendants, S. Rothschild & Co., Inc. and S. Rothschild Men's, Inc., and Mark Friedman (the "Defendants") in this action.

2. I am admitted to practice before the following courts:

    a.    New Jersey: 1999

    b.    New York: 2000

    c.    United States District Court for the District of New Jersey: 1999

    d.    United States Court of Appeals for the Fifth Circuit: 2001

3. I am a member of the Bar in good standing in each jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15TH DAY OF NOVEMBER, 2005.**

_____
Mark C. Errico

CERTIFICATE OF SERVICE

I, Dennis E. McKenna, Esquire, hereby certify that on this 6th day of December, 2005, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon: Lawrence M. Slater, Esquire, 270 Union Street, Suite 202, Lynn, Massachusetts 01901.

_____
Dennis E. McKenna

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SHUTZER,<br><br>    Plaintiff<br><br>v.<br><br>S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN,<br><br>    Defendants | Civil Action No. 1:05-CV-11486<br>Hon. Mark L. Wolf, U.S.D.J. |

### CERTIFICATE OF PAUL SCHAFHAUSER

I, Paul H. Schafhauser, declare as follows:

1. I am a member of the firm of Herrick Feinstein LLP ("Herrick Feinstein"), 2 Penn Plaza, Newark, New Jersey; my office telephone number is (973) 274-2098; my office facsimile number is (973) 274-6414. Herrick Feinstein represents defendants S. Rothschild & Co., Inc., S. Rothschild Men's, Inc. and Mark Friedman (collectively, "Defendants") in this action.

2. I am admitted to practice before courts in the following states:

    a.    New Jersey (1993)

    b.    New York (1994)

3. In addition, I have been admitted to practice before the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit and the United States District Court for the Southern District of New York.

4. I am a member of the Bar in good standing in each jurisdiction in which I am admitted to practice.

- 2 -

5.  There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15th DAY OF NOVEMBER, 2005.**

_____
Paul H. Schafhauser

### CERTIFICATE OF SERVICE

I, Dennis E. McKenna, Esquire, hereby certify that on this 16th day of December, 2005, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon: Lawrence M. Slater, Esquire, 270 Union Street, Suite 202, Lynn, Massachusetts 01901.

_____
Dennis E. McKenna

920162.1

- 2 -