UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No.: 1:05-CV-11486
Hon Mark L. Wolf, USDJ

LAWRENCE SHUTZER,
PLAINTIFF

V.

S. ROTHSCHILD & CO., INC., ET AL

Stipulation Extending Time to Reply to
Defendants' Motion to Dismiss and/or Transfer Venue

It is stipulated by counsel for Plaintiff and Defendants that the time within which the Plaintiff may reply to Defendants' Motion to Dismiss and/or Transfer Venue is extended through and including December 22, 2005.

Dated this 13th day of December, 2005.

Lawrence Shutzer
By his attorney

_____
Lawrence M. Slater, Esq.
BBO No. 466320
270 Union Street
Lynn, MA 01901
781-592-0216

S. Rothschild & Co., Inc,
S. Rothschild Men's Inc.
and Mark Freedman
By their attorney

_____
Dennis E. McKenna, Esq.
BBO # 556428
Riemer & Braunstein LLP
3 Center Plaza
Boston, MA 02108
617-523-9000