UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAWRENCE SHUTZER, | ) | C.A. NO. |
|     PLAINTIFF | ) | 05-11486-MLW |
| | ) | |
| | ) | |
|    V. | ) | |
| | ) | |
| S. ROTHSCHILD & CO, INC., S. | ) | |
| ROTHSCHILD MEN'S, INC. AND | ) | |
| MARK FRIEDMAN | ) | |
|     DEFENDANTS | ) | |

**PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 16**

    The undersigned counsel and client have conferred for purpose of (i) establishing a budget for costs and conducting the full course-and various alternative courses – of the litigation and (ii) considering the resolution the litigation through the use of alternative dispute resolution programs such as those outlined in local Rule 16.4.

    Lawrence Shutzer
    By his attorney

S/Lawrence Shutzer      S/Lawrence M. Slater, Esq.
Lawrence Shutzer      Lawrence M. Slater, Esq.
     BBO No. 466320
     270 Union Street, Suite 202
     Lynn, MA 01901
     (tel.) 781-592-0216
     (fax) 781-592-0217
     Email Lawrenceslater@verizon.net