UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAWRENCE SHUTZER, | ) | C.A. NO. |
| PLAINTIFF | ) | 05-11486-MLW |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| S. ROTHSCHILD & CO, INC., S. | ) | |
| ROTHSCHILD MEN'S, INC. AND | ) | |
| MARK FRIEDMAN | ) | |
| DEFENDANTS | ) | |

**JOINT STATEMENT FOR INITIAL SCHEDULING CONFERENCE**

The parties to the above-entitled matter, through their respective counsel, respectfully submit the following Joint Statement.

1. Discovery Plan

Discovery Deadline – October 1, 2007
- Interrogatories/Requests for Production/Requests for Admissions; served by December 31, 2006
- Depositions taken by June 30, 2007
- Expert Reports provided by Plaintiff by July 1, 2007
- Expert Reports provided by Defendant by Aug 1, 2007
- Expert depositions completed by September 30, 2007

2. Dispositive Motions filed by November 1, 2007

| | |
|---|---|
| Lawrence Shutzer | S. Rothschild & Co., Inc. |
| By his attorney | S. Rothschild Mens, Inc. |
| | By their attorney |
| | |
| S/Lawrence M. Slater, Esq. | S/Paul H. Schafhauser, Esq. |
| Lawrence M. Slater, Esq. | Paul H. Schafhauser, Esq. |
| BBO No. 466320 | BBO# |
| 270 Union Street   Suite 202 | Herrick, Feinstein, LLP |
| Lynn, MA   01901 | 2 Penn Plaza |
| (tel.) 781-592-0216 | Newark, NJ  07105 |
| (fax) 781-592-0217 | (tel.) 973-274-2000 |
| Email lawrenceslater@verizon.net | (fax) 973-274-2500 |
| | Email pschafhauser@herrick.com |