UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------- x
LAWRENCE SHUTZER,                     : Case No.: 1:05-CV-11486
                                      :
              Plaintiff,        : Hon. Mark L. Wolf, U.S.D.J.
                                      :
vs.                                   :
                                      :
S. ROTHSCHILD & CO., INC. and S.      :
ROTHSCHILD MEN'S, INC. and MARK       :
FRIEDMAN,                             :
                                      :
              Defendants.       :
                                      :
------------------------------------- x

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

Pursuant to Local Rule 16.1 (D)(3), the undersigned hereby certify that counsel for the defendants has conferred with his clients regarding (i) the establishment of a budget for costs of conducting the full course – and various alternative courses – of the litigation, and (ii) consideration of a resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in the Local Rule 16.4.

S. Rothschild & Co., Inc.
S. Rothschild Mens, Inc.
By their Attorney

/s/ Paul H. Schfhauser
Paul H. Schafhauser, Esq. (1337)
Herrick, Feinstein, LLP
2 Penn Plaza
Newark, NJ 07105
 (tel.) 973-274-2000
 (fax) 973-274-2500


/s/ Mark Friedman
Mark Friedman
Authorized Representative of Defendants