## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LAWRENCE SHUTZER, | : Case No.: 1:05-CV-11486 |
| | : |
| Plaintiff, | : Hon. Mark L. Wolf, U.S.D.J. |
| | : |
| vs. | : |
| | : |
| S. ROTHSCHILD & CO., INC. and S. | : |
| ROTHSCHILD MEN'S, INC. and MARK | : |
| FRIEDMAN, | : |
| | : |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION TO SET ASIDE DEFAULT PURSUANT TO
### FED. R. CIV. P. 55 (c), TO EXTEND THE TIME TO ANSWER AND FOR LEAVE TO
### FILE AN ANSWER IN THE FORM RESPECTFULLY SUBMITTED HEREWITH
### (Oral Argument Is Requested if This Motion Is Opposed)

In accordance with Rule 55(c) of the Federal Rules of Civil Procedure, defendants respectfully move to set aside the default entered by the Court, to extend the time to answer, and for leave to file an answer in the form respectfully submitted herewith. Defendants respectfully submit the accompanying Memorandum and Affidavit of Paul H. Schafhauser in support of the instant motion.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d), defendants respectfully request oral argument on this motion if it is opposed.

Dated: October 18, 2006

S. ROTHSCHILD & CO., INC., S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN

By their attorneys,

/s/ Paul H. Schafhauser
Paul H. Schafhauser (admitted pro hac vice)
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
(212) 592-1400

/s/ Dennis E. McKenna
Dennis E. McKenna BBO # 556428
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Paul H. Schafhauser hereby certifies that on October 16, 2006, he conferred by telephone with Lawrence M. Slater, Esq., counsel to plaintiff, and attempted in good faith to resolve or narrow the issues presented in this motion, but the parties were unable to resolve the issues raised herein.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 18th DAY OF OCTOBER 2006.

/s/ Paul H. Schafhauser
Paul H. Schafhauser (admitted pro hac vice)

HF 3414700v.1 #04916/0046

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

LAWRENCE SHUTZER,

       Plaintiff

v.

S. ROTHSCHILD & CO., INC. and S.
ROTHSCHILD MEN'S, INC. and MARK
FRIEDMAN,

       Defendants

Civil Action No. 1:05-CV-11486
Hon. Mark L. Wolf, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Meegan B. Casey, Esquire, hereby certify that on this 18th day of October, 2006, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon: Lawrence M. Slater, Esquire, 270 Union Street, Suite 202, Lynn, Massachusetts 01901.

/s/ Meegan B. Casey
Meegan B. Casey

976920.1