# H ERRICK

NEW YORK

NEWARK

PRINCETON

FILED
POST OFFICE

2006 OCT 19  A 10: 37

U.S. DISTRICT COURT
DISTRICT OF MASS
October 18, 2006

PAUL H. SCHAFHAUSER
**PARTNER**
Direct Tel:    973.274.2098
Direct Fax:   973.274.6414

Email:  pschafhauser@herrick.com

## BY FEDERAL EXPRESS

Clerk of the Court
United States District Court
   for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

> Re:    Lawrence Shutzer v. S. Rothschild & Co., Inc., et al.
> Civil Action No.: 05-11486

Dear Sir/Madam:

I am lead counsel for the defendants in connection with the above-referenced matter. By Order dated October 13, 2006, the Court directed me to pay the sum of $1,000 pursuant to Fed. R. Civ. P. 16(f) if I wish to continue to represent any or all of the defendants in connection with this matter. Accordingly, as directed by the Court, I respectfully enclose a check in the amount of $1,000.00.

Thank you.

Respectfully yours,

Paul H. Schafhauser

FILING FEE PAID:
RECEIPT = 75834
AMOUNT S 1000.00
BY DPTY CLK
DATE 10/19/06

HERRICK, FEINSTEIN LLP

A New York limited
liability partnership
including New York
professional corporations

v.1 #04916/0046 10/18/2006
ONE GATEWAY CENTER, NEWARK, NJ 07102 • TEL 973.274.2000 • FAX 973.274.2500 • www.herrick.com