UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LAWRENCE SHUTZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 05-11486-MLW |
| S. ROTHSCHILD & CO., INC. and S. | ) | |
| ROTHSCHILD MEN'S, INC. and MARK | ) | |
| FRIEDMAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ASSENTED TO MOTION FOR LEAVE
## TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Attorneys Paul H. Schafhauser of Herrick, Feinstein LLP and Dennis E. McKenna and

Meegan B. Casey of Riemer & Braunstein (collectively, "Moving Counsel"), hereby move

pursuant to Local Rule 83.5.2(c) to withdraw their appearances in this matter as counsel for the

Defendants, S. Rothschild & Co., Inc., S. Rothschild Men's, Inc. and Mark Friedman

("Defendants"). As grounds for the this motion, Moving Counsel state as follows:

1.    The Plaintiff commenced this action on July 13, 2005.

2.    On September 12, 2005, Attorney Dennis E. McKenna of Riemer & Braunstein

filed a Notice of Appearance on behalf of the Defendants.

3.    On October 24, 2005, the Defendants filed a Motion to Dismiss Under Fed. R.

Civ. P. 12 (b)(6) and/or Transfer Venue Under 28 U.S.C. §1404(a) ("Motion to Dismiss").

4.    On December 16, 2005, Attorneys Mark C. Errico and Paul H. Schafhauser of

Herrick, Feinstein LLP filed an Assented to Motion for Leave to Appear Pro Hac Vice, along

with their Affidavits in support thereof.

5.      The Court granted Attorneys Errico and Schafhauser's Motion for Leave to Appear Pro Hac Vice on March 20, 2006.[1]

6.      On September 19, 2006, the Court entered an Order granting in part and denying in part the Defendants' Motion to Dismiss.  The Court also ordered a Scheduling Conference to be held on October 13, 2006.

7.      An attorney from Riemer & Braunstein, Mark Corner, attended on behalf of the Defendants.  Mr. Schafhauser did not attend the Scheduling Conference.

8.      On October 13, 2006, the Court entered an Order of Entry of Default against the Defendants, which provided that:

> 1.      Each defendant is defaulted for failure to file a timely answer to the complaint.
>
> 2.      Any defendant who wishes to attempt to show cause why the default should be removed shall file a motion, memorandum, and supporting affidavit by October 30, 2006.  If Mr. Schafhauser wishes to continue to represent any or all of the defendants in this case, he shall, by October 30, 2006, pay to the Clerk of this District Court sanctions in the amount of $1,000 pursuant to Federal Rule Civil Procedure 16(f)(3).
>
> 3.      Plaintiff shall, by November 15, 2006, respond to any motion to remove default.
>
> 4.      If no motion to remove default is then pending, plaintiff shall, by November 17, 2006, file a motion for default judgment and supporting affidavit(s) in the manner required by Federal Rule of Civil Procedure 55. Defendants shall respond by December 8, 2006.

9.      On October 18, 2006, the Defendants moved to set aside the entry of default.  On the same date, Mr. Schafhauser sent a letter to the Court enclosing a check in the amount of $1,000.

10.      Upon further reflection, Mr. Schafhauser concluded that it is in his clients' best interest for him to withdraw and for Riemer & Braunstein also to withdraw.

---

[1] Because Attorney Errico is no longer with the firm of Herrick, Feinstein LLP, he is not a party to this Motion.

11.    Simultaneously with the filing of this Motion, Attorneys David S. Weiss and Laura E. D'Amato from the law firm of Goulston & Storrs, P.C. will file a Notice of Appearance as successor counsel for the Defendants.

12.    Daniel A. Swick of Herrick, Feinstein LLP has spoken with the Defendants about the foregoing, and the Defendants have agreed that it is appropriate.

13.    Mr. Schafhauser has also spoken with Counsel for the Plaintiff, who has assented to this Motion.

14.    In view of the fact that Defendants' Motion to Set Aside Default is pending, the Court's consent to this proposed change in counsel is required pursuant to Local Rule 83.5.2(c).

WHEREFORE, Attorneys Paul H. Schafhauser of Herrick, Feinstein LLP and Dennis E. McKenna and Meegan B. Casey of Riemer & Braustein, hereby move pursuant, to Local Rule 83.5.2(c), to withdraw their appearance in this matter as counsel for the Defendants.

> S. ROTHSCHILD & CO., INC., S. ROTHSCHILD MEN'S INC. and MARK FRIEDMAN,
>
> By their attorneys,
>
> /s/ Paul H. Schafhauser
> Paul H. Schafhauser (admitted *pro hac vice*)
> HERRICK, FEINSTEIN LLP
> 2 Park Avenue
> New York, NY 10016
> (212) 592-1400
>
> /s/ Dennis E. McKenna
> Dennis E. McKenna BBO # 556428
> Meegan B. Casey BBO # 648526
> RIEMER & BRAUNSTEIN LLP
> Three Center Plaza
> Boston, MA 02108
> (617) 523-9000

Dated: October 30, 2006

3

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)</u>

The undersigned counsel for the Defendants certifies that he has conferred with counsel for the plaintiff, Lawrence M. Slater, Esq., in a good faith effort to resolve the issues presented in this Motion to the greatest extent possible in compliance with the provisions of Local Rule 7.1(A)(2). Attorney Slater stated that he does not object to the allowance of this Motion.

/s/ Paul H. Schafhauser
Paul H. Schafhauser (admitted *pro hac vice*)

Dated: October 30, 2006