UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SHUTZER,<br><br>      Plaintiff,<br><br>v.<br><br>S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN,<br><br>      Defendants. | CIVIL ACTION NO.<br>05-11486-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Laura E. D'Amato of the law firm Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, Massachusetts, as counsel for the defendants, S. Rothschild & Co., Inc., S. Rothschild Men's Inc. and Mark Friedman.

                                      Respectfully submitted,

                                      /s/ Laura E. D'Amato
                                      David S. Weiss (BBO # 521090))
                                      Laura E. D'Amato (BBO# 641733)
                                      GOULSTON & STORRS, P.C.
                                      400 Atlantic Avenue
                                      Boston, MA 02110
                                      (617) 574-4112

Dated: October 30, 2006

2

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 30, 2006.

                                      /s/ Laura E. D'Amato
                                      Laura E. D'Amato