UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SHUTZER,              )<br>           PLAINTIFF               )<br>                                              )<br>                                              )<br>     V.                                     )<br>                                              )<br>S. ROTHSCHILD & CO, INC., S.    )<br>ROTHSCHILD MEN'S, INC. AND   )<br>MARK FRIEDMAN                    )<br>           DEFENDANTS            )<br>                                              ) | C.A. NO.<br>05-11486-MLW |

## **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER F.R.C.P. RULE 55 (B)(2)**

     Now comes the Plaintiff, Lawrence Shutzer, and moves that Judgment by Default be entered against the Defendants, S. Rothschild & Co. Inc. and R. Rothschild Mens, Inc.

     As reasons therefore the Plaintiff says that this Court by Order dated October 13, 2006 entered a default against the said two corporate Defendants for failure to file an Answer or otherwise respond to the Plaintiff's Complaint in this Action. The said two Defendants, both being incorporated entities are not infants or incompetent persons.

                                                       Lawrence Shutzer
                                                       By his attorney

                                                       <u>s/ Lawrence M. Slater, Esq.</u>
                                                       Lawrence M. Slater, Esq.
                                                       BBO No.  466320
                                                       270 Union Street, Suite 202
                                                       Lynn, MA  01901
                                                       (tel.) 781-592-0216
                                                       (fax) 781-592-0217
                                                       Email Lawrenceslater@verizon.net