CERTIFICATE OF SERVICE

      The undersigned certifies that the following documents will be served upon counsel for the Defendants by electronic means and first class mail on November 15, 2006:

      Plaintiff Motion for Default Judgment Under F.R.C.P. Rule 55 (B)(2)
      Plaintiffs Opposition to Defendants' Motion to Set Aside Default
      Affidavit of Lawrence M. Slater

                                                       s/Lawrence M. Slater
                                                       BBO No. 466320

Case 1:05-cv-11486-MLW     Document 38     Filed 11/15/2006     Page 1 of 1