UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAWRENCE SHUTZER,<br>　　　PLAINTIFF<br><br>　　V.<br><br>S. ROTHSCHILD & CO, INC., S.<br>ROTHSCHILD MEN'S, INC. AND<br>MARK FRIEDMAN,<br>　　　DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.<br>05-11486-MLW |

**NOTICE OF PLAINTIFF'S COUNSEL'S NEW E-MAIL ADDRESS**

Please take notice that Plaintiff's counsel's e-mail address has changed to:

lslater@lmslater.com

　　　　　　　　　　　　　　　　　　　　　　　Lawrence Shutzer
　　　　　　　　　　　　　　　　　　　　　　　By his attorney

　　　　　　　　　　　　　　　　　　　　　　　s/Lawrence M. Slater, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Lawrence M. Slater, Esq.
　　　　　　　　　　　　　　　　　　　　　　　BBO No. 466320
　　　　　　　　　　　　　　　　　　　　　　　270 Union Street, Suite 202
　　　　　　　　　　　　　　　　　　　　　　　Lynn, MA  01901
　　　　　　　　　　　　　　　　　　　　　　　(tel.) 781-592-0216
　　　　　　　　　　　　　　　　　　　　　　　(fax) 781-592-0217
　　　　　　　　　　　　　　　　　　　　　　　Email lslater@lmslater.com