UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SHUTZER, | Case No.: 1:05-CV-11486 |
| Plaintiff, | Hon. Mark L. Wolf, U.S.D.J. |
| vs. | |
| S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN, | |
| Defendants. | |
| S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC., | |
| Counterclaim Plaintiffs, | |
| vs. | |
| LAWRENCE SHUTZER, | |
| Counterclaim Defendant. | |

## JOINT STATEMENT FOR INTITIAL SCHEDULING CONFERENCE

The parties to the above-entitled matter, through their respective counsel, respectfully submit the following Joint Statement.

1. Discovery Plan

    a. Interrogatories / Requests for Production of Documents / Requests for Admissions served by **March 3, 2007**.

    b. Depositions taken by **Sept 30, 2007**.

    c. Expert Reports provided by Plaintiff by **October 1, 2007**.

    d. Expert Reports provided by Defendant by **November 1, 2007**.

1

      e.      Expert Depositions completed by **January 31, 2008**.

      f.      All discovery completed by **February 1, 2008**.

2.    <u>Motions</u>

      a.      All dispositive motions filed by **April 1, 2008**.

| | |
|---|---|
| LAWRENCE SHUTZER,<br>By his attorney, | S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC.,<br>By their attorneys, |
| /s/Lawrence M. Slater, Esq.<br>Lawrence M. Slater, Esq. (BBO# 466320)<br>270 Union Street, Suite 202<br>Lynn, MA 01901<br>(tel.) 781-592-0216<br>(fax) 781-592-0217<br>Email lslater@lmslater.com | /s/ Laura E. D'Amato, Esq.<br>David S. Weiss (BBO# 521090)<br>Laura E. D'Amato (BBO# 641733)<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110<br>(617) 574-4112<br>Email ldamato@goulstonstorrs.com |

Dated: January 30, 2007