CERTIFICATE OF SERVICE

      I hereby certify that this document file through the ECF System will be sent electronically to the registered participants as identified on this Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 5, 2007.

                                        S/Lawrence M. Slater
                                        Lawrence M. Slater, Esq.
                                        BBO No. 466320