UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAWRENCE SHUTZER,<br>　　　PLAINTIFF<br><br>V.<br><br>S. ROTHSCHILD & CO, INC., AND S.<br>ROTHSCHILD MEN'S, INC.,<br><br>　　　DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.<br>05-11486-MLW |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26 F.R.C.P.**

　　　NOW COMES the Plaintiff, Lawrence Shutzer, and pursuant to F.R.C.P. Rule 26(a)(1) and (2) hereby makes the following initial disclosures:

(1)(A)　Individuals likely to have discoverable information.

　　　(i)　　Lawrence Shutzer
　　　　　　40 Tioga Way, Ste. 230
　　　　　　Marblehead, MA  01945
　　　　　　781-631-4722

　　　(ii)　 Paul Levenson, Esq.
　　　　　　14 Lynde St.
　　　　　　Salem, MA  01970
　　　　　　978-741-7400

　　　(iii)　Mark Friedman
　　　　　　500 7th Avenue
　　　　　　New York, NY

　　　(iv)　Daniel Swick, Esq.
　　　　　　Herrick, Feinstein, LLP
　　　　　　2 Penn Plaza
　　　　　　Newark, NJ 07105
　　　　　　973-274-2000

|     |     |     |
| --- | --- | --- |
| | (v) | Tom Lewis<br>30 Fox Hill Drive<br>Tabernacle, NJ  08088<br>609-268-5451 |

(B)     Description by Category and Location of Documents, Compilations and Tangible Things.

(i)     Tangible Things

- (i)     Samples of men's outerwear delivered to Defendants by Plaintiff and not paid for.  Location unknown.
- (ii)    Office furniture and equipment transferred by Plaintiff to Defendants and not paid for. Location unknown.

(ii)    Documents

- (i)      Draft contracts and correspondence related to contractual matters located at 40 Tioga Way, Marblehead, MA, 14 Lynde St. Salem MA, 500 7th Avenue, New York, NY and 2 Penn Plaza Newark, NJ.
- (ii)     Sales records of Rothschild Men's Inc. for the year 2000 located at 40 Tioga Way, Marblehead, MA, and at 500 7th Avenue, NY, NY.
- (iii)    Sales records of Rothschild Men's, Inc. for 2001 and going forward located at 500 7th Avenue New York, NY.
- (iv)    Billing records of Rothschild Men's Inc. for the year 2000 at 40 Tioga Way, Marblehead, MA, and for the year 2001 and going forward at 500 7th Avenue NY, NY.
- (v)     Records of profits earned by Rothschild Men's Inc. on men's clothing business initiated by Plaintiff located at 500 7th Avenue NY, NY.
- (vi)    Records of reimbursements due to the Plaintiff for India sales office expenses located at 40 Tioga Way, Marblehead, MA.
- (vii)   Records of reimbursements due to the Plaintiff for health insurance premiums located at 40 Tioga Way, Marblehead, MA.
- (viii)  Plaintiff's salary records as an officer of Rothschild Men's Inc. located at 500 7th Avenue, NY, NY.
- (ix)    Documents related to sales orders brought by the Plaintiff to Rothschild Men's Inc. located at 40 Tioga Way Marblehead, MA and 500 7th Avenue, NY, NY.
- (x)     Corporate records of Rothschild Men's Inc. can be found at the New York Secretary of State's Office in Albany and can be obtained on-line.
- (xi)    Records of payments made by Defendants to Plaintiff located at 500 7th Avenue, NY, NY.
- (xii)   Records of revenues received by Rothschild Men's Inc. on business initiated by the Plaintiff located at 500 7th Avenue, NY, NY.

      (xiii)    Lease and assignment of lease of New York Showroom located at 40 Tioga Way, Marblehead, MA and 500 7th Avenue, New York, NY.

(C)    Damages

Plaintiff's damages in excess of $1,750,000 are set forth in detail in Paragraph 20 of the Complaint and in the Plaintiff's Sworn Statement pursuant to Local Rule 26.1 contemporaneously filed herewith.

(D)    Insurance Policies
Not Applicable

(E)    Exceptions under Rule 26(a)(1)
Not Applicable

(2)    Disclosure of Expert Testimony

The Plaintiff has not yet retained an expert or made a decision as to whether an expert will be required in this case.

The Plaintiff reserves the right to amend and/or supplement these Initial Disclosures as discovery proceeds.

Respectfully submitted,

Lawrence Shutzer,
By his attorney,

s/ Lawrence M. Slater
Lawrence M. Slater, Esq.
BBO No. 406320
270 Union Street
Lynn, MA 01901
(tel)781-592-0216
(fax) 781-592-0217
e-mail lslater@lmslater.com