UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAWRENCE SHUTZER,<br>    PLAINTIFF<br><br>    V.<br><br>S. ROTHSCHILD & CO, INC., AND S.<br>ROTHSCHILD MEN'S, INC.,<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.<br>05-11486-MLW |

### SWORN INITIAL DISCLOSURES STATEMENT OF LAWRENCE SHUTZER PURSUANT TO LOCAL RULE 26.1 (B) (1) AND (2)

Pursuant to Local Rule 26.1(B)(1) and (2) and the Order of this Court, dated February 15, 2007, the Plaintiff, Lawrence Shutzer, hereby makes the following sworn disclosures, both as he is Plaintiff and as he is Defendant–in-Counterclaim.

1(a)    Damages*

The Plaintiff's Damages are as follows:

| | | | |
|---|---|---|---|
| (i) | balance of salary due Plaintiff | $ | 393,500.00 |
| (ii) | payment of Plaintiff's health insurance | | 26,671.51 |
| (iii) | reimbursement of expenses | | 2,374.19 |
| (iv) | payment for office equipment and furniture | | 30,000.00 |
| (v) | payment for samples received by Defendants | | 56,992.26 |
| (vi) | reimbursement of India sales office expenses | | 7,879.00 |
| (vii) | profit on New York City Showroom lease | | 145,900.00 |
| (viii) | use of labels for the year 2000 | | 317,000.00 |
| (ix) | estimated balance of commissions due on sales | | 775,000.00 |
| | TOTAL | | $1,755,316.90 |

*Damages, including salary, use of labels, samples and office equipment, etc. were initially payable to Mimco, Inc. and, as set forth in paragraph 19 of the Complaint, were assigned in writing to the Plaintiff.

1(b)    Witnesses
       The persons with material knowledge are:

        Lawrence Shutzer
        Paul Levenson, Esq.
        Mark Friedman
        Daniel Swick

Others who participated and have knowledge of the underlying transaction are:

        Thomas Lewis
        Fred Conte
        David Shutzer
        Mark Friedman's father ( I cannot recall his name).
        Linda Dorney

1(c)    Statements of Opposing Parties
        The Plaintiff has obtained no statements of opposing parties

1(d)    Governmental Agencies
        Not Applicable

Subscribed and sworn to under the penalties of perjury this 23rd day of February, 2006.

        s/Lawrence Shutzer
        Lawrence Shutzer


        Respectfully submitted,

        Lawrence Shutzer,
        By his attorney,


        s/ Lawrence M. Slater
        Lawrence M. Slater, Esq.
        BBO No. 466320
        270 Union Street
        Lynn, MA  01901
        (tel)781-592-0216
        (fax) 781-592-0217
        e-mail lslater@lmslater.com