CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on this Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 23, 2007.

Plaintiff's Initial Disclosures Pursuant to Rule 26 F.R.C.P.
Sworn Initial Disclosures Statement of Lawrence Shutzer Pursuant to Local Rule 26.1 (B)(1) and (2).

                                S/Lawrence M. Slater_____
                                Lawrence M. Slater, Esq.
                                BBO No. 466320