# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LAWRENCE SHUTZER,                         :   Case No.: 1:05-CV-11486
                                          :
                Plaintiff,                :   Hon. Mark L. Wolf, U.S.D.J.
                                          :
        vs.                               :
                                          :
S. ROTHSCHILD & CO., INC. and S.          :
ROTHSCHILD MEN'S, INC. and MARK           :
FRIEDMAN,                                 :
                                          :
                Defendants.               :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## JOINT MOTION TO EXTEND DEADLINES

The plaintiff, Lawrence Shutzer ("Shutzer") and the defendants S. Rothschild & Co., Inc. ("SRC") and S. Rothschild Men's, Inc. ("RMI") (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court to extend the deadlines established in the Scheduling Order dated February 15, 2007 for a period of ninety (90) days, and to enter a revised Scheduling Order substantially in the form attached hereto as Exhibit A. In support of this motion the parties state as follows:

1.      Following the initial Scheduling Conference in this matter on February 8, 2007, the parties immediately commenced discovery. After exchanging their initial round of written discovery (including their initial disclosures pursuant to Local Rule 26.2(A) and 26.1(B)(1) and (2)), the parties began to engage in serious settlement discussions.

2.      Although productive, the parties' settlement discussions (and discovery efforts) were delayed for several months by the Plaintiff's poor health. See Affidavit of Lawrence M. Slater, filed herewith.

      3.      The parties recently resumed serious settlement negotiations which they expect to continue.

      4.      Accordingly, the parties have agreed, subject to the Court's approval, to extend the deadlines established in the Scheduling Order dated February 15, 2007 for a period of ninety (90) days so that they can continue to try to resolve this matter (on their own and, if necessary, through mediation), and, if their attempts to resolve this matter are unsuccessful, to complete discovery.

      WHEREFORE, the parties move this Court to extend the deadlines established in the Scheduling Order dated February 15, 2007 for a period of ninety (90) days, and to enter a revised Scheduling Order substantially in the form attached hereto as <u>Exhibit A</u>.

| | |
|---|---|
| LAWRENCE SHUTZER,<br>By his attorney, | S. ROTHSCHILD & CO., INC. and S.<br>ROTHSCHILD MEN'S, INC.,<br>By their attorneys, |
| /s/Lawrence M. Slater, Esq.<br>Lawrence M. Slater, Esq. (BBO# 466320)<br>270 Union Street, Suite 202<br>Lynn, MA 01901<br>(tel.) 781-592-0216<br>(fax) 781-592-0217<br>Email lslater@lmslater.com | /s/ Laura E. D'Amato, Esq.<br>David S. Weiss (BBO# 521090)<br>Laura E. D'Amato (BBO# 641733)<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110<br>(617) 574-4112<br>Email ldamato@goulstonstorrs.com |

Dated: February 1, 2008

## EXHIBIT A

| | |
|---|---|
| LAWRENCE SHUTZER, | Case No.: 1:05-CV-11486 |
| Plaintiff, | Hon. Mark L. Wolf, U.S.D.J. |
| vs. | |
| S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN, | |
| Defendants. | |

Proposed Scheduling Order

1.All discovery shall be complete by May 1, 2008.

2.Counsel for the parties shall confer and, by May 22, 2008, file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

3.A scheduling conference will be held on May 27, 2008 at 4:00 p.m. and must be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a schedule for filing motions for summary judgment will be established at this conference.

4.A final pretrial conference will be held on June 19, 2008, at 4:00 p.m. and must be attended by trial counsel with full settlement authority or with their client. Counsel shall be prepared to commence trial as of the date of the final pretrial conference.

5.Trial shall commence on June 30, 2008.

By the Court,
DENNIS P. O'LEARY

_____
DateDeputy Clerk