UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No.: 1:05-CV-11486 MLW

| | |
|---|---|
| LAWRENCE SHUTZER, <br> PLAINTIFF <br><br> V. <br><br> S. ROTHSCHILD & CO., INC. ET AL <br><br> DEFENDANT | ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF LAWRENCE M. SLATER

1. I am an attorney and member of the bar of the Commonwealth of Massachusetts.

2. I have represented the Plaintiff, Lawrence Shutzer, since the inception of this case.

3. Mr. Shutzer is 81 years of age and in the past year has had several illnesses which have resulted in delays to the discovery process and settlement negotiations. He is currently feeling much better, and I anticipate that the all discovery can be completed in ninety days or the case settled. Mr. Shutzer is also amenable to entering into ADR.

Subscribed under the penalties of perjury this 1st day of February, 2008.

S/Lawrence M. Slater
Lawrence M. Slater