```
------------------------------- x
LAWRENCE SHUTZER,              :  Case No.: 1:05-CV-11486
                               :
           Plaintiff,          :  Hon. Mark L. Wolf, U.S.D.J.
                               :
    vs.                        :
                               :
S. ROTHSCHILD & CO., INC. and S.:
ROTHSCHILD MEN'S, INC. and MARK:
FRIEDMAN,                      :
                               :
           Defendants.         :
                               :
------------------------------- x
```

## Amended Scheduling Order

1.  All discovery shall be complete by <u>May 1, 2008</u>.

2.  Counsel for the parties shall confer and, by <u>May 22, 2008</u>, file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

3.  A scheduling conference will be held on <u>May 27, 2008</u> at <u>4:00 p.m.</u> and must be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a schedule for filing motions for summary judgment will be established at this conference.

4.  A final pretrial conference will be held on <u>June 19, 2008</u>, at <u>4:00 p.m.</u> and must be attended by trial counsel with full settlement authority or with their client. Counsel shall be prepared to commence trial as of the date of the final pretrial conference.

5.  Trial shall commence on <u>August 11, 2008</u>.

> By the Court,
> DENNIS P. O'LEARY

_February    19,    2008            /s/ Dennis O'Leary_____
Date                                Deputy Clerk