## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE SHUTZER,                              : Case No.: 1:05-CV-11486
                                               :
                    Plaintiff,                 : Hon. Mark L. Wolf, U.S.D.J.
                                               :
          vs.                                  :
                                               :
S. ROTHSCHILD & CO., INC. and S.               :
ROTHSCHILD MEN'S, INC. and MARK                :
FRIEDMAN,                                      :
                                               :
                    Defendants.                :
                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### JOINT MOTION FOR AN ORDER OF REFERENCE REFERING THIS MATTER TO MEDIATION BEFORE MAGISTRATE JUDGE BOWLER
### -AND-
### TO STAY ALL DEADLINES AND COURT APPEARANCES PENDING THE OUTCOME OF THE MEDIATION

The plaintiff, Lawrence Shutzer ("Shutzer") and the defendants S. Rothschild & Co., Inc. ("SRC") and S. Rothschild Men's, Inc. ("RMI") (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court to refer this matter to mediation before Magistrate Judge Marianne B. Bowler and to stay all deadlines and Court appearances pending the outcome of the mediation. In support of this motion the parties state as follows:

1.      On or around February 1, 2008, the parties moved this Court to extend the discovery deadline in this matter for a period of ninety days to allow the parties to continue their settlement discussions, and, if necessary, their discovery efforts, which had been delayed for several months by the Plaintiff's poor health. See Affidavit of Lawrence M. Slater, filed on February 1, 2008 (See Docket at Document No. 52).

2.      This Court granted the parties' Motion on February 19, 2008.

3.      During the past three months, the parties have actively continued their settlement dicsussions.  Although they have made some progress, they have not been able to resolve their dispute.  In order to break the current stalemate, the parties have agreed to a mediation before Magistrate Judge Bowler (whom this Court recommended during the Initial Scheduling Conference).

4.      The parties have also agreed, subject to the Court's approval, to stay all deadlines (including the discovery deadline) and Court appearances pending the outcome of the mediation. If the parties are not able to resolve their dispute within thirty (30) days of the mediation, the parties will submit a revised Scheduling Order for the Court's approval.

WHEREFORE, the parties move this Court for an Order of Reference referring this matter to mediation before Magistrate Judge Bowler and to stay all deadlines and Court appearances pending the outcome of the mediation.

| LAWRENCE SHUTZER, | S. ROTHSCHILD & CO., INC. and S. |
|---|---|
| By his attorney, | ROTHSCHILD MEN'S, INC., |
| | By their attorneys, |

/s/Lawrence M. Slater, Esq.
Lawrence M. Slater, Esq. (BBO# 466320)
270 Union Street, Suite 202
Lynn, MA 01901
(tel.) 781-592-0216
(fax) 781-592-0217
Email lslater@lmslater.com

/s/ Laura E. D'Amato, Esq.
David S. Weiss (BBO# 521090)
Laura E. D'Amato (BBO# 641733)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(tel.) (617) 482-1776
(fax) (617) 574-4112
Email ldamato@goulstonstorrs.com

Dated: May 1, 2008