

Laura E. D'Amato
ldamato@goulstonstorrs.com
(617) 574-3528 Tel
(617) 574-7513 Fax

## STATUS REPORT

May 22, 2008

VIA HAND DELIVERY

The Honorable Mark L. Wolf
Chief Judge
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: *Lawrence Shutzer v. S. Rothschild & Co., Inc., et al.*, Docket No. 05-11486

Dear Judge Wolf:

Per the Court's Order dated February 19, 2008, I am writing on behalf of counsel for both parties to report that after engaging in settlement discussions for several months, the parties agreed to request that this matter be referred to Magistrate Judge Bowler for mediation. Accordingly, on May 1, 2008, the parties filed a *Joint Motion for an Order of Reference Referring This Matter to Mediation Before Magistrate Judge Bowler and To Stay All Deadlines and Court Appearances Pending the Outcome of the Mediation*. That Motion is currently before the Court.

Very truly yours,

Laura E. D'Amato

11595.1
GSDOCS\1831173

cc: Lawrence Slater, Esq.
    David S. Weiss, Esq.