UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Lawrence Shutzer</u>
           Plaintiff(s)

V.                                    CIVIL CASE NO. <u>05-11486-MLW</u>

<u>S. Rothschild & Co., Inc., et al.</u>
           Defendant(s)

### NOTICE and ORDER

<u>Bowler, U.S.M.J.</u>

PLEASE TAKE NOTICE that the above-entitled case has been set for <u>A mediation hearing</u> on <u>June 25, 2008</u> at <u>10:00</u> A.M. before Judge <u>Marianne B. Bowler</u> in Courtroom # <u>25</u> on the <u>7</u>th floor.

IT IS ORDERED that all parties and trial counsel are REQUIRED to attend and must have full binding settlement authority, leave of Court is required for any exceptions. All confidential meditation briefs are to be submitted to the Court via facsimile at (617) 204-5833 no later than TWO BUSINESS DAYS prior to the hearing.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

<u>5/27/2008</u>                       By:   <u>/s/ Marc K. Duffy, Esq.</u>
Date                                    Deputy Clerk

(ADR Notice (Shutzer).wpd - 3/7/2005)