UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| LAWRENCE SHUTZER, | : Case No.: 1:05-CV-11486 |
| Plaintiff, | : Hon. Mark L. Wolf, U.S.D.J. |
| vs. | : |
| S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC. and MARK FRIEDMAN, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ASSENTED TO MOTION TO CONTINUE MEDIATION

Defendants S. Rothschild & Co., Inc. ("SRC") and S. Rothschild Men's, Inc. ("RMI") (collectively, "Defendants"), by and through their undersigned counsel, hereby move to reschedule the mediation that is currently scheduled for June 25, 2008 before Magistrate Judge Marianne B. Bowler to July 30, 3008.  If that date is not convenient for the Court, the parties are also available on August 19, 20, 26 or 27.  As grounds for this Motion, the Defendants state:

1.     By Order dated May 22, 2008, this matter was referred to mediation before Judge Bowler.

2.     By Notice and Order dated May 27, 2008, this Court scheduled the mediation for June 25, 2008 at 10:00 a.m.

3.     One of the Defendants' attorneys cannot make it to Boston on that date in time for the mediation due to professional commitments in New York.

4.      Accordingly, the parties have agreed, subject to the Court's approval, to reschedule the mediation to July 30, 2008.  If that date is not convenient for the Court, the parties are also available on August 19, 20, 26 or 27.

WHEREFORE, the Defendants move, with the Plaintiff's assent, to reschedule the mediation that is currently scheduled for June 25, 2008 before Magistrate Judge Marianne B. Bowler to July 30, 3008 or to August 19, 20, 26 or 27, 2008.

S. ROTHSCHILD & CO., INC. and S. ROTHSCHILD MEN'S, INC.,
By their attorneys,

/s/ Laura E. D'Amato, Esq.
David S. Weiss (BBO# 521090)
Laura E. D'Amato (BBO# 641733)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(tel.) (617) 482-1776
(fax) (617) 574-4112
Email ldamato@goulstonstorrs.com

**Assented to:**

LAWRENCE SHUTZER,                             .
By his attorney,


/s/Lawrence M. Slater, Esq.
Lawrence M. Slater, Esq. (BBO# 466320)
270 Union Street, Suite 202
Lynn, MA 01901
(tel.) 781-592-0216
(fax) 781-592-0217
Email lslater@lmslater.com

Dated:  June 20, 2008