**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| <u>     Lawrence Shutzer     </u><br>            Plaintiff(s) | |
| V. | CIVIL ACTION NO. 05-11486-MLW |
| <u>     S. Rothschild & Co.     </u><br>            Defendant(s) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>     Wolf     </u>

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On <u>     7/30/2008     </u> I held the following ADR proceeding:

<pre>
_____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
___X___    MEDIATION                _____ SUMMARY BENCH / JURY TRIAL
_____    MINI-TRIAL               _____ SETTLEMENT CONFERENCE
</pre>

All parties were represented by counsel  [except _____]

The parties  were / were not  present in person or by authorized corporate officer [except
_____].

The case was:

[X]   Settled.  Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


<u>     7/30/2008     </u>                                                   <u>Marianne B. Bowler, USMJ</u>
DATE                                                                         ADR Provider


(ADR Report (Schutzer).wpd  - 4/12/2000)                                                              [adrrpt.]