UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SCHUTZER,      )<br>            Plaintiff(s)       )<br>                                         )<br>v.                                     )<br>                                         )<br>S. ROTHSCHILD & CO.,      )<br>            Defendant(s)     ) | C.A. No. 05-11486-MLW |

### SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on JULY 30, 2008, by Magistrate Judge Bowler's courtroom clerk that the above captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Sarah A. Thornton, Clerk

July 31, 2008                              /s/Dennis O'Leary
Date                                             Deputy Clerk